LONGSHORE ET AL., APPELLANTS, *v.* HURL ET AL., APPELLEES.

[Cite as Longshore *v.* Hurl (1986), 28 Ohio St. 3d 305.]

(No. 85-1249—Decided December 22, 1986.)

*Carlile, Patchen, Murphy & Allison, Russell H. Volkema* and *Donald B. Leach, Jr.,* for appellants.

*Bricker & Eckler, James S. Monahan* and *Richard S. Lovering,* for appellees.

The judgment of the court of appeals in case No. 14-84-11, pursuant to appellants' Proposition of Law No. 1, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.